People of the State of Illinois, petitioner, v. Edwin Boyer, respondent. Gen. No. 40,281.

Heard in the first division of this court for the first district. Opinion filed October 31, 1938.

Thomas J. Courtney, State's Attorney, for petitioner; Edward E. Wilson and Amos P. Scruggs, Assistant State's Attorneys, of counsel. No appearance for respondent.

Mr. Justice Matchett delivered the opinion of the court.

Jesse A. Rothschild et al., appellees, v. Albert Sabath, appellant. Gen. No. 39,837.

Heard in the first division of this court for the first district at the December term, 1937. Opinion filed October 31, 1938. Rehearing denied November 14, 1938.

Charles Hudson and Emanuel Goldstrich, for appellant. Edgar J. Schoen and Aaron Taymor, for appellees; Theodore G. Remer, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Amich Securities Company, Inc., appellee, v. Melvin L. Emerich, appellant. Gen. No. 39,920.

Heard in the first division of this court for the first district at the February term, 1938. Opinion filed October 31, 1938.

Samuel A. & Leonard B. Ettelson, for appellant; Samuel A. Ettelson and Edward C. Higgins, of counsel. Chapman & Cutler, for appellee; Dayton Ogden, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.